# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
**Roanoke Division**

In re:

Carl Erich Ingo                                          Case No. 24-70662-PMB

    Debtor.                                         Chapter 13

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

TAKE NOTICE, that FreedomRoad Financial, a secured creditor in the above-referenced bankruptcy action, has filed with the United States Bankruptcy Court for the Western District of Virginia, Roanoke Division, a Motion for Relief from Stay, a copy of said Motion is attached hereto.

**NOTICE IS HEREBY GIVEN** that a hearing on this Motion will be convened on March 19, 2025, at 10:30 AM via Zoom. **PLEASE TAKE NOTICE** that the undersigned will, on the 19th day of March 2025, at 10:30 a.m., move the US Bankruptcy Court for the entry of an Order granting the Motion for Relief from Stay. **This matter will be heard via zoom video. For information on how to participate, a party should contact Catherine James, Courtroom Deputy, at Catherine_James@vawb.uscourts.gov.**

                                            FreedomRoad Financial

                                            /s/ Sara A. John
                                           Sara A. John
                                           M. Richard Epps, P.C.

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, Virginia 23452
757-498-9600
sara_john@eppspc.com
Counsel for Movant

<u>Certificate of Service</u>

      I hereby certify that on February 27, 2025, I mailed or electronically served a true copy of the foregoing Notice of Hearing to: Carl Erich Ingo, 379 Brower Lane, Max Meadows, VA 24360; Christopher T. Micale, Trustee, PO Box 20608, Roanoke, VA 24018; and Shane W. Hiatt, Counsel for Debtor, PO Box 1315, Wytheville, VA 24382.

      /s/ Sara A. John
      Sara A. John
      M. Richard Epps, P.C.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
**Roanoke Division**

In re:

Carl Erich Ingo                                        Case No. 24-70662-PMB

    Debtor.                                            Chapter 13


FreedomRoad Financial,

    Plaintiff,

v.

Carl Erich Ingo
and
Christopher T. Micale, Trustee,

    Defendants.


## MOTION FOR RELIEF FROM STAY

NOW COMES FreedomRoad Financial, by counsel, and for its Motion for Relief from Stay against Debtor states as follows:

1. This Court has jurisdiction over the matters herein alleged pursuant to 28 U.S.C. § 1334. This matter constitutes a core proceeding within the meaning of 28 U.S.C. § 157 and is a contested matter under Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure.

2. On September 5, 2024, Debtor filed a Chapter 13 bankruptcy. Debtor has filed a Chapter 13 plan.


Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, Virginia 23452
757-498-9600
sara_john@eppspc.com
Counsel for Movant

3. Plaintiff is a secured creditor of Debtor pursuant to the terms of a promissory note and security agreement dated May 27, 2022 being secured by a lien on a 2022 KTM 450 XC-F Motorcycle, VIN VBKXCR439NM364690 (the "vehicle").

4. That under the terms of the plan, Debtor proposed to pay all payments directly to Plaintiff, outside of the Chapter 13 plan.

5. Debtor is in default in the making of the payments and is presently due for the September 30, 2024 through January 30, 2025 payments for arrearages totaling $1,181.35, with a payoff of approximately $7,926.88 on the account.

6. Plaintiff has incurred attorney's fees and costs in the filing of this Motion.

7. That Plaintiff lacks adequate protection.

8. For the above and foregoing reasons, Plaintiff asserts that cause exists sufficient to waive the requirement of Bankruptcy Rule 4001 (a)(3), therefore allowing the Order granting the relief sought to be effective upon its entry.

**WHEREFORE**, Plaintiff moves the Court for relief from the automatic stay pursuant to 11 U.S.C. § 362 so that it may proceed under state law.

FreedomRoad Financial

 /s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

Certificate of Service

I hereby certify that on February 27, 2025, I mailed or electronically served a true copy of the foregoing Motion for Relief from Stay to: Carl Erich Ingo, 379 Brower Lane, Max Meadows, VA 24360; Shane W. Hiatt, Counsel for Debtor, PO Box 1315, Wytheville, VA 24382; and Christopher T. Micale, Trustee, PO Box 20608, Roanoke, VA 24018.

  /s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, Virginia 23452
757-498-9600
sara_john@eppspc.com
Counsel for Movant